# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          Cr. 14-563(PGS)

v.                                     O R D E R

IOANNIS V. KARAZOUPIS

This matter, having come before the Court for a status Conference on October 23, 2014, and the Court having been advised by counsel of the status of the matter,

It is on this 10th day of November, 2014

O R D E R E D as follows:

1. Motion in Limine by defendant will be submitted on or before February 2, 2015.

2. Government's Opposition is to be filed with the Court on or before February 17, 2015.

3. Motion hearing date is schedule for March 2nd, 2015 at 10:00 a.m.

4. Pretrial issues: Evidence Questions, Voir Dire Questions, etc. filed by March 31, 2015.

5. Trial, with Jury Demand (14 Days), is scheduled for April 7, 2015 at 10:00 a.m.

_____
PETER G. SHERIDAN, U.S.D.J.